**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:
HABER, PEDRO ANDRES                     Case No. 11-60144
                                                      Chapter 7
                                                      Honorable Marci B. McIvor

            Debtor(s)           /

Amended
**CERTIFICATE OF DISTRIBUTION**

      Now comes Timothy J. Miller, trustee of the above-named estate, and hereby states the following:

1.    Claim no. 4, (Swan Fuel Service, Inc.-$799.21) and claim no.5 (Saf-$94,258.31) paid as timely filed claims pursuant to Bankruptcy Rule 3004.

2.    That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

3.    That the trustee has collected $25,000.00, and disbursed $202.59, leaving a balance on hand of $24,797.41, which funds are lodged in an account in The Bank of New York Mellon;

4.    That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---:|---:|---:|
| Timothy J. Miller | Trustee Compensation (p/o 10/25/12) | 3,250.00 | 100.00 | 3,250.00 |
| Timothy J. Miller | Trustee Expenses (p/o 10/25/12) | 95.00 | 100.00 | 95.00 |
| | Subtotals: | $ 3,345.00 | | $ 3,345.00 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---:|---|---:|---:|---:|
| 1 | Wings Financial Cu | 9,500.75 | 16.72 | 1,588.36 |
| 2 | PYOD, LLC its successors and assigns as assignee | 19,360.62 | 16.72 | 3,236.75 |
| 3 | Capital One, N.A. | 4,398.89 | 16.72 | 735.41 |
| 4 | Swan Fuel Service, Inc. | 799.21 | 16.72 | 133.61 |
| 5 | Saf | 94,258.31 | 16.72 | 15,758.28 |

|  |  |  |
|---|---|---|
| Subtotals: | $ 128,317.78 | $ 21,452.41 |
| Unsecured Subtotals: | $ 128,317.78 | $ 21,452.41 |
| Total Paid: |  | $ 24,797.41 |

  The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date: November 7, 2012    /s/ Timothy J. Miller
             Timothy J. Miller, Trustee
             64541 Van Dyke, Suite 101B
             Washington Township, MI  48095
             (586) 281-3764
             tmiller@schneidermiller.com